1  STEVEN KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant JUAN CRUZ LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 12-00551 SBA (KW) |
| Plaintiff, | ) | |
| | ) | AMENDED STIPULATION AND |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA; EXCLUSION OF TIME |
| | ) | |
| JUAN CRUZ LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date for Juan Cruz Lopez, currently scheduled for December 26, 2012, at 10:00 a. m., may be continued to January 11, 2013, at 9:30 a.m. before the magistrate for change of plea. The reason for the request is that defense counsel is out of the country and unavailable on December 26, 2012 and January 11, 2013 is the first date available for all the parties.

IT IS FURTHER STIPULATED THAT the time from December 26, 2012, to January 11, 2013, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) for continuity of counsel because defense counsel will be unavailable on

*U S v. Juan Cruz Lopez* CR 12-00551 SBA;
Stip re Date; Exclusion of Time          - 1 -

December 26, 2012, and January 11, 2013 is the first date available for all the parties.

DATED: 12/20/12                             /s/
                                           JOYCE LEAVITT
                                           Assistant Federal Public Defender

DATED: 12/20/12                             /s/
                                           MAUREEN C. ONYEAGBAKO
                                           Special Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date for Juan Cruz Lopez, currently scheduled for December 26, 2012, at 10:00 a. m., may be continued to January 11, 2013, at 9:30 a.m. for change of plea before the magistrate.

IT IS FURTHER ORDERED THAT the time from December 26, 2012, to January 11, 2013, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) for continuity of counsel because defense counsel is out of the country and unavailable on December 26, 2012 and January 11, 2013 is the first date available for all the parties.

SO ORDERED.

DATED:12/21/12                             _____
                                           SAUNDRA BROWN ARMSTRONG
                                           Senior United States District Judge