MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TALIA FALK (NYBN 4944245)
Special Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail: talia.falk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 12-00551 SBA |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION CONTINUING |
| JUAN CRUZ LOPEZ, | ) SENTENCING DATE AND ORDER |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the acceptance of plea and sentencing hearing date of May 15, 2013, presently scheduled at 10:00 a.m. before the Honorable Saundra Brown Armstrong, be vacated and the matter be re-set for May 17, 2013 at 10:00 a.m.

The requested continuance is necessary because the Court inadvertently set the matter on a date that the Government was scheduled to be out of town.

//

//

//

//

STIP. & PROPOSED ORD. RE STIPULATION TO CONTINUE SENTENCING
Nos. CR 12-00551 SBA

United States Probation Officer Connie Cook believes that she will be available should the Court continue sentencing to May 17, 2013.

Date: April 25, 2013                              Respectfully Submitted,

                                                  MELINDA HAAG

                                                  _____/s/_____
                                                  TALIA FALK, Esq.
                                                  Special Assistant United States Attorney

                                                  _____/s/_____
                                                  JOYCE LEAVITT, Esq.
                                                  Counsel for Defendant Cruz Lopez

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the acceptance of plea and sentencing for the above-captioned matter, currently scheduled for Wednesday, May 15, 2013, at 10:00 a.m., shall be continued to Friday, May 17, 2013, at 10:00 a.m. before Honorable Saundra Brown Armstrong.

SO ORDERED.

Date: April _26, 2013                             _____
                                                  HON. SAUNDRA BROWN ARMSTRONG
                                                  UNITED STATES DISTRICT JUDGE